**IT IS ORDERED as set forth below:**

**Date: September 1, 2026**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 26-57158-JWC |
| | : | |
| CURTIS WALTER HINTON, JR., | : | |
| | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS,**
**SUBJECT TO OBJECTION**

On August 31, 2026, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Rountree Leitman Klein & Geer LLC ("**RLKG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 26] (the "**Application**"). The Application and accompanying verified statement demonstrate that RLKG is a firm of attorneys qualified to practice in this Court and that RLKG is disinterested and represents no interest adverse to Debtor or the bankruptcy estate. As this case justifies employment of a professional for the purpose specified, it is hereby

**ORDERED** that under 11 U.S.C. §327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ RLKG as Trustee's attorney during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to RLKG upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed counsel for Trustee. If an objection is timely filed, then proposed counsel for Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open calendar procedures and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER LLC

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
(404) 410-1220
*Proposed Attorneys for Trustee*

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228

Curtis Walter Hinton, Jr.
209 Kingscastle Drive
Ellenwood, GA 30294