UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) Case No.: 265718
Curtis Hinton )
)
)
) Chapter: ____

Debtor(s)

Owner Dismiss Case

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 SEP -3 P 4:44
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

I'm Dismiss my case
Curtis Hinton

Dated: 9-3-26 Signature: Curtis Hinton

Printed Name: Curtis Hinton

Address: 209 Kingcastle Rd.
Ellenwood Ga
30294

Phone: 678-777-1868

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: |
| | ) | |
| 7 | ) | Chapter |
| | ) | |
| | ) | |
| Debtor(s) | | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 3 day of Sept, 2026 I served a copy of

______________________________________________________________________

which was filed in this bankruptcy matter on the ____ day of __________, 20__.

Mode of service (check one): ○ MAILED ☑ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:

Signature: [signature]

Printed Name: Curtis Hinton

Address: 209 Kingcastle DR
Ellenwood GA 30294

Phone: 678-772-1868

**26-57158-jwc** Curtis Walter Hinton, Jr
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Jeffery W. Cavender
**Date filed:** 06/01/2026 **Date of last filing:** 09/01/2026

# Trustee

**Nancy J. Whaley**
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201
ecf@njwtrustee.com
*ASSIGNED: 06/01/2026*
*TERMINATED: 06/30/2026*
*(tr)*

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
(404) 926-0060
(404) 926-0055 (fax)
ghays@haysconsulting.net
*ASSIGNED: 06/30/2026*
*(tr)*