UNITED STATES BANKRUPTCY COURT
NORTHERN DISCTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE CURTIS WALTER HINTON, Jr. | * | CASE NO. 26-57158-JWC |
| Debtor | * | CHAPTER 7 |
| | * | |

# AMENDED MOTION TO DISMISS CASE AND REQUEST FOR EXPEDITED HEARING OF ISSUE

COMES NOW CURTIS WALTER HINTON Jr., and files this Amended Motion to Dismiss Case and Request for Expedited Hearing and shows:

1. Debtor filed a *pro se* Motion to Dismiss Case on September 3, 2026 (Doc. No. 28, the "Motion").
2. The Chapter 7 Trustee filed a Response to Debtor's Motion on September 14, 2026 (Doc. 32, the "Response")
3. Debtor amends his Motion with his Statement (attached) and requests that the Court hear this matter on an expedited basis.

Dated this 16th day of September 2026.

/s/Milton D. Jones
Attorney for debtor
GA State Bar No. 402541
PO Box 533
Lovejoy, GA 30250
770 899 8486
miltondjonesatty@gmail.com

State of Georgia

AFFIDAVIT AND STATEMENT OF CURTIS HINTON WALTER HINTON, Jr.

I, Curtis Walter Hinton, Jr., do voluntarily state under penalty of perjury the following: To the Honorable Judge of the United States Bankruptcy Court, I am writing this letter to formally explain my request for the dismissal of my bankruptcy case. Due to unforeseen circumstances, I am currently without employment, which has significantly impacted my ability to adhere to the repayment plan. Furthermore, I have a pending sale of my residence. The proceeds from this sale are sufficient to pay off the mortgage and all creditors in full, with no deficit remaining. My concern is that if the case remains open, the time required for the court to disburse these funds would delay access to necessary living expenses, potentially leaving me homeless. Expediting the dismissal will allow these funds to be released promptly, ensuring all parties are paid and preventing severe financial hardship. I kindly request that you expedite the dismissal of my case.

DATED this16th day of September 2026

/s/ Curtis Walter Hinton, Jr. Curtis Walter Hinton, Jr.

SIGNED VIA ILOVEPDF
88B23962-0B9D-4DDA-969C-4985A8C1F381

Certificate of service

I have served the persons listed on the attached mailing matrix with the foregoing by 1st class mail.

Dated this 16th day of September 2026.

/s/
Milton D. Jones
Attorney for debtor
GA State Bar No. 402541
PO Box 533
Lovejoy, GA 30250
770 899 8486
miltondjonesatty@gmail.com

Label Matrix for local noticing
113E-1
Case 26-57158-jwc
Northern District of Georgia
Atlanta
Wed Sep 16 17:27:15 EDT 2026

AARON RENTS
400 GALLERIA PKWY
ATLANTA, GA 30339-5980

AT & T Enterprise aka AT&T
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

AT & T Mobility
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

BESTBUY/CBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007-1032

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329-4435

CAINE & WEINER COMPA
PO BOX 55848
SHERMAN OAKS, CA 91413-0848

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS, NV 89193-8875

FARMERS & MERCHANTS BA
4 N CARTER ST
LAKELAND, GA 31635-5678

Farmers and Merchants Bank
2140 Old Covington Road
Conyers, GA 30013-1553

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Curtis Walter Hinton Jr
209 Kingscastle Dr
Ellenwood, GA 30294-6405

IRS
Centralized Insolvency
Po Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Milton D. Jones
Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228-4066

Jones, Robin & Robin, P.C.
P.O. Box 888
Metter, GA 30439-0888

Karl Osmus
PO Box 200
Thomasville, GA 31799-0200

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Karl E. Osmus
Wolfson & Osmus, LLC
P.O. Box 200
Thomasville, GA 31799-0200

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

SYNCB/LOWES
PO BOX 71746
PHILADELPHIA, PA 19176-1746

THD/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117-6497

United Auto Acceptance Corp.
c/o Jones, Robin & Robin, P.C.
P.O. Box 888
Metter, GA 30439-0888

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PARKWAY, NE SUITE 339
ATLANTA, GA 30345

(d)Georgia Revenue
2595 Century Blvd, NE
Atlanta, GA 30345-3202

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Farmers and Merchants Bank

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 28 |
| Bypassed recipients | 1 |
| Total | 29 |