UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CURTIS WALTER HINTON, JR.,<br><br>Debtor. | CASE NO. 26-57158-JWC<br><br>CHAPTER 7 |
| S. GREGORY HAYS, as Chapter 7 trustee,<br><br>Movant,<br><br>v.<br><br>FARMERS AND MERCHANTS BANK, UNITED AUTO ACCEPTANCE CORP., DANCO FINANCIAL, AICA ORTHOPEDICS PC, GEORGIA DEPARTMENT OF REVENUE, UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE), HENRY COUNTY TAX COMMISSIONER, and CURTIS WALTER HINTON, JR.,<br><br>Respondents. | <br><br><br><br>CONTESTED MATTER |

**NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO (A) SELL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF ALL LIENS, INTERESTS, AND ENCUMBRANCES; (B) DISBURSE CERTAIN PROCEEDS AT CLOSING; AND (C) SURCHARGE COLLATERAL OF GEORGIA DEPARTMENT OF REVENUE, UNITED AUTO ACCEPTANCE CORP., AND DANCO FINANCIAL; DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on October 9, 2026, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Curtis Walter Hinton, Jr. (the "**Debtor**"), filed *Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances; (B) Disburse Certain Proceeds at Closing; and (C) Surcharge Collateral of Georgia Department of Revenue, United Auto Acceptance Corp., and*

*Danco Financial* [Doc. No. 46] (the "**Sale Motion**") and related papers with the Court, seeking, among other things,[1] an order from the Court authorizing the sale of that certain real property known generally as 209 Kingscastle Drive, Ellenwood, Georgia 30294 (the "**Property**"),[2] pursuant to 11 U.S.C. §§ 105(a), 363(b), (f), and (m), 506(c), and 522(k)(1) and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014, to LaQuantis A. Hall (the "**Purchaser**"), "as is, where is," for a sale price of $564,000.00 (the "**Purchase Price**"), subject to Bankruptcy Court approval (the "**Contract**"). A true and correct copy of the Contract, including all exhibits and special stipulations thereto, is attached as Exhibit "A" to the Sale Motion and incorporated herein by reference.

Trustee estimates that the proposed sale will result in approximately $50,000.00 coming into the Bankruptcy Estate after payment of the liens, claims, and costs of sale to be paid at closing, following the surcharges set forth in the Sale Motion.

In this regard, Trustee also moves for authority to have paid at closing those liens, claims, and costs set forth in the Sale Motion, and surcharge the lien interests of the following secured creditors in the specified amounts:

| CREDITOR | LIEN AMOUNT OR SECURED CLAIM AMOUNT | AMOUNT TO BE PAID FROM SALE PROCEEDS | AMOUNT TO BE SURCHARGED[3] |
|---|---|---|---|
| Georgia Dept. of Revenue (2022 GDOR Lien) | $32,071.65 (secured claim amount attributable to 2022 GDOR Lien) | $27,071.65 | $5,000.00 |

---

1 The following is meant only as a summary of the relief requested in the Sale Motion. To the extent that the terms of this notice and the terms of the Sale Motion conflict, the terms of the Sale Motion shall control.

2 Capitalized terms not defined in this notice shall have the meanings ascribed to them in the Sale Motion.

3 The total amount proposed to be surcharged is $12,500.00. This is less than one-half of the $28,200.00 of real estate commission that will result from the proposed sale.

| | | | |
|---|---|---|---|
| United Auto Acceptance Corp. | $35,402.96 | $30,402.96 | $5,000.00 |
| Danco Financial | $4,524.04 | $2,024.04 | $2,500.00 |

The Sale Motion further seeks authority to sell the Property free and clear of the liens asserted by the Georgia Department of Revenue for tax years 2017, 2021, and 2022, by the United States of America (Internal Revenue Service), and by AICA Orthopedics PC, which Trustee contends are the subject of bona fide dispute under 11 U.S.C. § 363(f)(4), with such liens, to the extent valid, perfected, enforceable, and unavoidable, attaching to the net sale proceeds held by Trustee with the same priority and extent as they had in the Property, pending further order of the Court. The Sale Motion also seeks authority for Trustee to hold an amount equal to Debtor's claimed homestead exemption pending further order of the Court and to surcharge that exemption under 11 U.S.C. § 522(k)(1) in an amount to be determined upon further application; approval, as necessary, of a Temporary Occupancy Agreement and an amendment to the Contract permitting the Purchaser to occupy the Property and make repairs before closing; and a waiver of the stay of the sale order under Fed. R. Bankr. P. 6004(h).

Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider these matters without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice (the "**Objection Deadline**"). **If you object to the relief requested in the Sale Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline.

The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for November 5, 2026. **The Court will hold a hearing on the Sale Motion at 11:00 a.m. (ET) on November 5, 2026 in Courtroom 1203, United States Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which must be attended in person unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: October 9, 2026.

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404-410-1220

**CERTIFICATE OF SERVICE**

This is to certify that I, Michael J. Bargar, am over the age of 18 and that on this day I have caused to be served a copy of the foregoing *Notice of Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances; (B) Disburse Certain Proceeds at Closing; and (C) Surcharge Collateral of Georgia Department of Revenue, United Auto Acceptance Corp., and Danco Financial; Deadline to Object; and for Hearing* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail and/or certified mail, as indicated, to the following persons at the addresses stated:

**First Class Mail**
Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

**First Class Mail**
Curtis Walter Hinton, Jr.
209 Kingscastle Drive
Ellenwood, GA 30294

**First Class Mail**
Milton D. Jones, Attorney
P.O. Box 533
Lovejoy, GA 30250

**First Class Mail**
Milton D. Jones, Attorney
12252 Styron Drive
Hampton, GA 30228

**First Class Mail**
S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**First Class Mail**
Lakisha Knight
Keller Williams West Atlanta
2700 Cumberland Pkwy., Suite 400
Atlanta, GA 30339

**First Class Mail**
LaQuantis A. Hall
c/o Gloria Watson
Gloria A. Watson Realty
115 Millhaven Landing
Fayetteville, GA 30215

**First Class Mail**
Lueder, Larkin & Hunter, LLC
c/o Kimberly L. Mays
3800 Camp Creek Parkway
Building 1800, Suite 124
Atlanta, Georgia 30331

**First Class Mail**
Farmers and Merchants Bank
2140 Old Covington Road
Conyers, GA 30013

**First Class Mail**
Farmers and Merchants Bank
c/o Karl E. Osmus
PO Box 200
Thomasville, GA 31799-0200

**First Class Mail**
United Auto Acceptance Corp.
c/o Jones, Robin & Robin, P.C.
P.O. Box 888
Metter, GA 30439

**First Class Mail**
Mary Beth Parker
Jones, Robin & Robin, P.C.
315 Cedar Street
Metter, GA 30439

**First Class Mail**
Danco Financial Services LLC
c/o Brian Gardiner
5604 Wendy Bagwell PKWY, Suite 923
Hiram, GA 30141

**First Class Mail**
Danco Financial Services LLC
510 Veterans Memorial HWY
Mableton, GA 30126

**First Class Mail**
Wes Dunlap
c/o Danco Financial
Dunlap & Gardiner LLP
5604 Wendy Bagwell PKWY Ste 923
Hiram, Georgia 30141

**First Class Mail**
AICA Orthopedics PC
c/o Francis Acquah
2253 Northwest Pkwy SE
Marietta, GA 30067

**First Class Mail**
AICA Orthopedics PC
c/o Francis Acquah
PO BOX 674508
Marietta, GA 30006

**First Class Mail**
AICA Orthopedics PC
c/o TRUE Space, Inc.
2400 Herodian Way SE, Ste 224
Smyrna, GA 30080

**First Class Mail**
Henry County Tax Commissioner
c/o Michael C. Harris
140 Henry Parkway
McDonough, GA 30253

**First Class Mail**
Henry County Tax Commissioner
c/o Michael C. Harris
164 Burke Street
Stockbridge, GA 30281

**First Class Mail**
Georgia Department of Revenue
Bankruptcy Section
2595 Century Parkway, NE, Suite 339
Atlanta, GA 30345-3173

**First Class Mail**
Georgia Department of Revenue
State of Georgia Revenue Commissioner
1800 Century Boulevard
Suite 15300
Atlanta, Georgia 30345

**First Class Mail**
Georgia Department of Revenue Compliance Division
ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

**First Class Mail**
Office of the Attorney General, State of Georgia
40 Capitol Square SW
Atlanta, Georgia 30334

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Internal Revenue Service
Lisa D. Smith
Bankruptcy Specialist
401 W Peachtree St., NW, M/S 334-D
Atlanta, GA 30308-3539

**First Class Mail**
United States Attorney
600 Russell B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

**First Class Mail**
Department of Justice, Tax Division
Civil Trial Section, Southern Region
P. O. Box 14198
Ben Franklin Station
Washington, D. C. 20044

**First Class Mail**
United States Attorney
Northern District of Georgia
Attn: Civil Process Clerk
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303

**First Class Mail**
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**First Class Mail**
Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

This is to certify further that I have this day electronically filed the foregoing *Notice of Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances; (B) Disburse Certain Proceeds at Closing; and (C) Surcharge Collateral of Georgia Department of Revenue, United Auto Acceptance Corp., and Danco Financial; Deadline to Object; and for Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program

S. Gregory Hays
ghays@haysconsulting.net, saskue@haysconsulting.net; GA32@ecfcbis.com

Milton D. Jones on behalf of Debtor Curtis Walter Hinton, Jr.
miltondjonesatty@gmail.com, MiltonDJonesAttorney@jubileebk.net

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Karl E. Osmus on behalf of Creditor Farmers and Merchants Bank
karlosmus@gmail.com, kbloodworth@bellsouth.net

This 9th day of October, 2026.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709