UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

CURTIS WALTER HINTON JR

CASE NO: 26-57158-JWC

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 47

---

On 10/9/2026, I did cause a copy of the following documents, described below,

Notice of Trustees Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances; (B) Disburse Certain Proceeds at Closing; and (C) Surcharge Collateral of Georgia Department of Revenue, U ECF Docket Reference No. 47

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/9/2026

/s/ Michael J. Bargar
Michael J. Bargar 645709

Rountree Leitman Klein & Geer LLC
2987 Clairmont Road, Ste 350
Atlanta, GA 30329
404-584-1238
mbargar@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

CURTIS WALTER HINTON JR

CASE NO: 26-57158-JWC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 47

On 10/9/2026, a copy of the following documents, described below,

Notice of Trustees Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances; (B) Disburse Certain Proceeds at Closing; and (C) Surcharge Collateral of Georgia Department of Revenue, U ECF Docket Reference No. 47

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/9/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael J. Bargar
Rountree Leitman Klein & Geer LLC
2987 Clairmont Road, Ste 350
Atlanta, GA 30329

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113E1
CASE 26-57158-JWC
NORTHERN DISTRICT OF GEORGIA
ATLANTA
FRI OCT 9 12-17-28 EDT 2026

AARON RENTS
400 GALLERIA PKWY
ATLANTA GA 30339-5980

AT T ENTERPRISE AKA ATT
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

AT T MOBILITY
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

BESTBUYCBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE IL 60007-1032

MICHAEL J BARGAR
ROUNTREE LEITMAN KLEIN GEER LLC
CENTURY PLAZA I
2987 CLAIRMONT ROAD SUITE 350
ATLANTA GA 30329-4435

CAINE WEINER COMPA
PO BOX 55848
SHERMAN OAKS CA 91413-0848

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS NV 89193-8875

FARMERS MERCHANTS BA
4 N CARTER ST
LAKELAND GA 31635-5678

FARMERS AND MERCHANTS BANK
2140 OLD COVINGTON ROAD
CONYERS GA 30013-1553

(P)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

S GREGORY HAYS
HAYS FINANCIAL CONSULTING LLC
SUITE 555
2964 PEACHTREE ROAD
ATLANTA GA 30305-4909

DEBTOR
CURTIS WALTER HINTON JR
209 KINGSCASTLE DR
ELLENWOOD GA 30294-6405

IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MILTON D JONES
MILTON D JONES ATTORNEY
12252 STYRON DRIVE
HAMPTON GA 30228-4066

JONES ROBIN ROBIN PC
PO BOX 888
METTER GA 30439-0888

KARL OSMUS
PO BOX 200
THOMASVILLE GA 31799-0200

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE SC 29602-1269

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD RUSSELL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

KARL E OSMUS
WOLFSON OSMUS LLC
PO BOX 200
THOMASVILLE GA 31799-0200

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

SYNCBLOWES
PO BOX 71746
PHILADELPHIA PA 19176-1746

THDCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

UNITED AUTO ACCEPTANCE CORP
CO JONES ROBIN ROBIN PC
PO BOX 888
METTER GA 30439-0888

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GA 30303-3309